UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| N.P., a minor by and through her duly appointed guardian, TRACY ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, LLC; and DOES 1 to 25,<br><br>Defendant. | No.: 2:22-cv-24-TAV-CRW |

## **ORDER**

Before the Court is the parties' Joint Motion to Approve Settlement Involving a Minor [Doc. 23]. The parties appeared via video conference for a hearing on Tuesday, October 18, 2022.

After review and consideration, the Court finds that the settlement agreement [SEALED Doc. 27] with respect to the claim of the minor plaintiff in this matter, N.P., is fair and reasonable and in the minor's best interest. Under the settlement agreement, Defendant Aaron's, LLC agrees to a substantial remedial commitment related to the accessibility of certain of its stores. That commitment benefits the welfare of N.P. — who, according to the complaint [Doc. 1], is a person with disabilities — and other persons with disabilities. Additionally, the agreement affords monetary relief to N.P. by and through her legal guardian, Tracy Arnold, in consideration for a release of claims.

The Court has also considered the proposed attorney's fees in this case, which were the subject of a side letter between Ms. Arnold and her law firm [SEALED Doc. 32]. The Court finds that the total amount of attorney's fees, as detailed in the side letter, is reasonable.

Accordingly, the proposed settlement, as contained in the parties' settlement agreement [SEALED Doc. 27] and the side letter to the settlement agreement [SEALED Doc. 32], is **APPROVED**, and the parties' Joint Motion for Approval of Settlement [Doc. 23] is **GRANTED**. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and to Strike Nationwide Class Allegations [Doc. 18] is **DENIED AS MOOT**. There being no further issues before the Court, the Clerk is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE